Jon Scott Lieberman et al., Appellants, v Timothy A. Pappas et al., Respondents. [33 NYS3d 697]—

Order, Supreme Court, New York County (Saliann Scarpulla, J.), entered on or about July 25, 2015, which, insofar as appealed from as limited by the briefs, granted defendants' motion for summary judgment dismissing the complaint as against defendant Timothy Pappas, unanimously reversed, on the law, with costs, and the motion denied.

The record demonstrates that defendant Timothy Pappas dominated defendant Trans Sport Racing LLC, and there is evidence that Pappas abused the corporate form first to induce plaintiff Jon Lieberman to advance money for the race car

operation and later to shield assets from Lieberman. Moreover, there is evidence that Pappas moved funds among various of his entities without justification. Thus, an issue of fact exists as to whether the corporate veil should be pierced to hold Pappas personally liable for plaintiffs' damages (*see TNS Holdings v MKI Sec. Corp.*, 92 NY2d 335, 339 [1998]). Concur—Tom, J.P., Friedman, Richter and Gesmer, JJ.